SLIP OPINION

Cite as 2016 Ark. 155

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE NINTH EAST JUDICIAL CIRCUIT– APPROVAL FOR DIGITAL ELECTRONIC RECORDING | **Opinion Delivered** April 7, 2016 |

## PER CURIAM

Pursuant to Arkansas Supreme Court Administrative Order No. 4(e), this court previously granted Circuit Judge Robert McCallum's request to use digital electronic recording to make the official court record in his court. *In re Ninth East Judicial Circuit – Approval for Digital Electronic Recording*, 2015 Ark. 14 (per curiam). This approval was for a one-year period. Judge McCallum now requests that he be allowed to continue this practice.

Administrative Order No. 4 permits the use of digital electronic recording in the circuit courts with our approval. We approve Judge McCallum's request to continue the use of digital electronic recording to make the official court record subject to complying with applicable recommendations contained in the National Center for State Courts' report, Arkansas Judiciary, Administrative Office of the Courts, Digital Electronic Recording Evaluation, 13th Judicial District, 4th Division, Final Report, July 15, 2015. *See In re 13th Judicial Circuit, Division 4 – Approval for Digital Electronic Recording*, 2015 Ark. 418 (per curiam).